No. 75–1680. FATHEREE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 75–1681. MILLER *v.* STAG OIL PRODUCERS, INC. Sup. Ct. Wyo. Certiorari denied.

No. 75–1682. WILSON FREIGHT FORWARDING CO., AKA WILSON FREIGHT CO. *v.* BAUGHMAN ET AL. C. A. 3d Cir. Certiorari denied. 

No. 75–1683. YELLOW FREIGHT SYSTEM, INC. *v.* OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 75–1684. CITY OF NEW YORK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 75–1686. LODGE 743, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 75–1729. LODGE 743, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* UNITED AIRCRAFT CORP. C. A. 2d Cir. Certiorari denied.

No. 75–1688. JONAL CORP. *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. 

No. 75–1689. MAYFAIR CONSTRUCTION CORP. *v.* BODRICK ET AL. Ct. App. N. Y. Certiorari denied. 

No. 75–1694. JONES ET AL. *v.* NEW YORK CITY HUMAN RESOURCES ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.